IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE LEE WARREN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:09cv1125-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondent. ) | |

## ORDER

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #19), entered on October 26, 2011, the Recommendation is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion filed by the Petitioner is DENIED, as the claims therein entitle him to no relief.

DONE this 16th day of November, 2011.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE