IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE LEE WARREN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 1:09cv1125-WHA |
| | ) |
| UNITED STATES OF AMERICA, | )        (WO) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, Ronnie Lee Warren, and this case is DISMISSED with prejudice.

DONE this 29th day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE